FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Donald Jerome Thompson III
(Enter above the full name of the plaintiff in this action)

05 - 173

v.

Raphael William
Sgt. Green
Sgt. Fred Way
(Enter above the full name of the defendant(s) in this action

FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [X]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit

      Plaintiffs  N/A

      Defendants  N/A

2. Court (if federal court, name the district; if state court, name the county)

   N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

   1. What steps did you take?  I filed a grievance form stateing my issue.

   2. What was the result?  I recieved a response on 1/8/05 told me the issue is non-grievable

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

   1. What steps did you take?  I was told to file a grievence

   2. What was the result?  I recieved a response telling me the issue is non-grievable

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Donald Jerome Thompson III

Address  H.R.Y.C.I. 1301 E. 12th St. Wilmington, DE. 19809
P.O. Box 9561

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  Raphael Williams  is employed as
Warden  at Howard R. Young Correctional Institutio

C.  Additional Defendants  Sgt. Green
Sgt. Fred Way

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

## IV. Statement of Claim

My claim is that I was a victim of an illegal search and seizure and that my legal mail was illegally taken from me and removed from my presence without my permission. On 1/25/05 around 10:30 am, Q.R.T. performed a search of every cell on Pod 2F. Before they left a Sgt. pulled my cellmate, Ralph Wells, aside and told him they were taking his legal mail. Sgt. Green and Sgt. Way came back and said they wanted my legal mail. I asked Sgt. Green "Why? Is this a random thing?" Sgt. Green said yes. I asked if he was going to read my legal mail. Sgt. Green said no. So I asked Sgt. Green if he wasn't going to read my legal mail then why couldn't he go through it in my presence. All he said was that I would get my legal mail back before his shift was over. I said "Well, you gonna take it anyway, but I'm not telling you you can." Sgt. Green asked where all my mail was at. I showed him. He took my legal mail. Sgt. Green also took personal mail, pictures, drawings, christian religious material, and a list of other papers all stored inside large manilla envelopes. Everything

was stored inside the drawer attached to the bottom bunk bed. Sgt. Green took it all the he and Sgt. Way left. Sgt. Green came back again, by himself this time, and took all legal mail belonging to my other cellmate, Tracy Fisher. Sgt. Way came back 20 min. later and him and the Q.R.T. team took me and both of my cellmates, we were 3 men to a cell on 2F Pod, to the disiplinary pod, 1F. My legal mail was returned to me towards the end of that day. When I got it back I found that a cardboard slip I had used for a phonebook with names and addresses in it was missing. I don't know if it is in my property, but I do know it was removed from my legal mail folder, and when I recieved my legal mail it wasn't there.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

for my relief for this, which violated my civil right, violated my right to client/Attorney confidentiality, possibly compromising my legal stratiges, and legal setbacks because important phonenomber were removed that I haven't gotten back, I would like 150,000 dollars.

Signed this __18__ day of __March__, ~~19~~ 2005.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/18/2005       _____
Date                        (Signature of Plaintiff)