ORIGINAL

05 - 173

To whom it may concern,

I was transfered from H.R.Y.C.I.
after the paperwork was completed
but before this envelope could be
mailed out. for all future proceedings
my address is:

Donald Thompson SBI: 326474
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, De. 19977

Thank-you

FILED

MAR 21 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE