IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD JEROME THOMPSON, III,  )
                                          )
       Plaintiff,              )
                                          )
       v.                              ) Civ. No. 05-173-KAJ
                                          )
RAPHAEL WILLIAMS, SGT. GREEN, )
and SGT. FRED WAY,              )
                                          )
       Defendants.            )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 14, 2005, this Court entered an order granting leave to proceed in forma pauperis, assessing $2.66 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this \_\_1st\_\_ day of \_\_\_\_June\_\_\_\_, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

*[signature]*
United States District Judge